John P. Kristensen (SBN 224132)
Jesenia A. Martinez (SBN 316969)
**KRISTENSEN LLP**
12450 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
*john@kristensenlaw.com*
*jesenia@kristensenlaw.com*

Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Thomas E. Wheeler (SBN 308789)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard Street, Suite 780
Woodland Hills, California 91367
Telephone: (877) 619-8966
*tfriedman@toddflaw.com*
*abacon@toddflaw.com*
*twheeler@toddflaw.com*
*Attorneys for Plaintiff and all others similarly situated*

## THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SHAWN SPENCER, individually on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HONDA MOTOR CORP. LTD., a Japanese corporation; AMERICAN HONDA MOTOR CO., INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:21-cv-00988-MCE-DMC<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION TO CONTINUE BRIEFING DEADLINES AND HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS THE COMPLAINT UNDER RULES 9 AND 12(B)(6)** |

**ORDER GRANTING STIPULATION TO CONTINUE BRIEFING DEADLINES AND HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS**

1  Pursuant to the parties' Stipulation, the briefing deadlines for Defendants'
2  Motion to Dismiss [Dkt. 10] are continued as follows:
3      a. Opposition deadline: October 7, 2021; and
4      b. Reply deadline: October 29, 2021.
5  Furthermore, the currently scheduled October 07, 2021 hearing on the
6  Motion to Dismiss is hereby continued to November 18, 2021.
7  IT IS SO ORDERED.

Dated: September 27, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE