1  William A. Delgado (SBN 222666)
     wdelgado@dtolaw.com
2  Lauren Hudecki (SBN 276938)
     lhudecki@dtolaw.com
3  DTO LAW
   601 S. Figueroa Street, Suite 2130
4  Los Angeles, CA 90017
   Telephone:  (213) 335-6999
5  Facsimile:   (213) 335-7802

6  Attorneys for Defendants
   HONDA MOTOR CORP. LTD. AND
7  AMERICAN HONDA MOTOR CO., INC.

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | SHAWN SPENCER, individually on behalf of himself and all others similarly situated, | Case No.: 2:21-cv-00988-JAM-DMC
   |                                                                                    | Hon. John A. Mendez
12 |                                                                                    | U.S. Magistrate Dennis M. Cota
13 |                     Plaintiffs,                                                    |
14 |          v.                                                                        | **ORDER GRANTING STIPULATION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS**
15 | HONDA MOTOR CORP. LTD., a Japanese corporation; AMERICAN HONDA MOTOR CO., INC., a California corporation; and DOES 1 through 10, inclusive, |
18 |                     Defendants.                                                    |

## ORDER APPROVING STIPULATION TO STAY DISCOVERY

For good cause shown, the Court approves the Stipulation to Stay Discovery Pending Resolution of Motion to Dismiss entered into between Plaintiff Shawn Spencer ("Plaintiff") and Defendants Honda Motor Co., Ltd. (incorrectly named as Honda Motor Corp., Ltd. ("HMC") and American Honda Motor Co., Inc. ("AHM") (HMC and AHM together, the "Honda Defendants"), by and through their respective counsel.

Discovery is hereby STAYED until such time as the Court rules upon the Honda Defendants' Motion to Dismiss (Dkt. No. 10).

**IT IS SO ORDERED**.

DATED: August 10, 2022        /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISRICT JUDGE