UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN SPENCER, individually on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HONDA MOTOR CORP. LTD., a Japanese corporation; AMERICAN HONDA MOTOR CO., INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-00988-TLN-DMC<br>Hon. Troy L. Nunley<br>U.S. Magistrate Dennis M. Cota<br><br>**ORDER ENTERING STIPULATED PROTECTIVE ORDER, ECF NO. 47** |

1  The Court, having considered the Stipulated Protective Order entered into by and between Plaintiff Shawn Spencer and Defendants Honda Motor Co. Ltd. and American Honda Motor Co., Inc. ("the Parties"), ECF. No. 47, **IT IS HEREBY ORDERED THAT**:

1. There is good cause to adopt and enter the Parties' Stipulated Protective Order, ECF. No. 47, in this action.

2. The Parties' Stipulated Protective Order, ECF No. 47, is therefore entered and operative in this action.

**IT IS SO ORDERED.**

Dated: January 6, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE