UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN SPENCER, individually on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HONDA MOTOR CORP. LTD., a Japanese corporation; AMERICAN HONDA MOTOR CO., INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00988-TLN-DMC<br>Hon. Troy L. Nunley<br>U.S. Magistrate Dennis M. Cota<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DEADLINE FOR PLAINTIFF TO FILE A MOTION FOR CLASS CERTIFICATION TO SEPTEMBER 29, 2023** |

**ORDER CONTINUING DEADLINE FOR**

**PLAINTIFF TO FILE A MOTION FOR CLASS CERTIFICATION**

For good cause shown, the Court approves the Joint Stipulation to Continue the Deadline for Plaintiff to File a Motion for Class Certification. Plaintiff's Motion for Class Certification shall be filed no later than September 29, 2023.

**IT IS SO ORDERED.**

Dated: May 19, 2023

_____
Troy L. Nunley
United States District Judge