John P. Kristensen (SBN 224132)
**KRISTENSEN LAW GROUP**
120 Santa Barbara Street, Suite C9
Santa Barbara, California 93101
Telephone: 805-837-2000
*john@kristensen.law*

Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
*tfriedman@toddflaw.com*
*abacon@toddflaw.com*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN SPENCER, individually on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HONDA MOTOR CORP. LTD., a Japanese corporation; AMERICAN HONDA MOTOR CO., INC. a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:21-cv-00988-TLN-DMC <br><br> *[Assigned to Hon. Troy L. Nunley. Referred to U.S. Magistrate Dennis M. Cota]* <br><br> **NOTICE OF SETTLEMENT** <br><br> Complaint Filed: June 2, 2021 |

**TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Shawn Spencer ("Plaintiff"), by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement resolving Plaintiff's individual claims in this action.

The parties are in the process of finalizing a written settlement agreement. Upon completion of the settlement, the parties anticipate filing a stipulation of dismissal.

In light of the settlement, Plaintiff respectfully requests that all pending deadlines, including the March 11, 2026 deadline for Plaintiff to file a motion for class certification, be vacated and taken off calendar pending completion of the settlement and filing of a stipulation of dismissal.

Dated: February 17, 2026        **KRISTENSEN LAW GROUP & LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: _/s/ John Kristensen_
John Kristensen
Adrian R. Bacon
Todd M. Friedman

*Attorneys for Plaintiff Shawn Spencer*

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: February 17, 2026　　　　　　　　　　By: */s/ John P. Kristensen*
　　　　　　　　　　　　　　　　　　　　　　　　John P. Kristensen